DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

    GWENDA ESMERO DE LEON
    376 IMPERIAL WAY #109
    DALY CITY, CA 94015

    ###-##-4348
                    Debtor(s).

Case No.: 09-3-2293 SFM13

Chapter 13

OBJECTION TO CONFIRMATION, WITH A
MOTION TO DISMISS, OF THE CHAPTER 13
PLAN, BY DAVID BURCHARD, CHAPTER 13
TRUSTEE AND NOTICE

**341 MEETING OF CREDITORS:**
Date:      09/17/2009
Time:     10:00 AM
Place:    Office of the United States Trustee
          235 Pine Street, Suite 850
          San Francisco, California

**CONFIRMATION HEARING:**
Date:      10/14/2009
Time:     1:30 PM
Place:    United States Bankruptcy Court
          235 Pine Street 22nd Floor
          San Francisco, California

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, hereby objects to
Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1.  Chase Manhattan Mortgage is listed on Schedule D, but not the plan.  Trustee requests an amended
plan, which specifies how each secured creditor is to be treated.

2.  Paragraph 4A of Debtor's plan reflects Patelco Credit Union with a secured debt amount of
$23,225.00, while Schedule D reflects $40,392.00.  Trustee requests the appropriate documents are
amended in order that they are accurate and consistent.

3.  Schedule A fails to provide for the nature of Debtor's interest in the real property located at 376
Imperial Way #109, Daly City, CA.  Trustee requests an amended Schedule A, which provides this
information.

4.  Schedule J lists a monthly expense in the amount of $200.00 for the support of elderly mom.
Trustee requests verification of said expense.

5.  Schedule I reflects a payroll deduction in the amount of $419.38 for "Domptr Imp In."  Trustee
requests an explanation of said deduction.

6.  Trustee's copy of Debtor's petition does not contain an Application for Approval of Attorney Fees.
Trustee requests a copy of this document as filed with the court.

7. Trustee requests Debtor's payment advices for the last six months prior to filing the bankruptcy, or in the alternative, provide a declaration that details why the Debtor cannot provide the six months of payment advices.

8. Trustee requests a ***signed*** copy of Debtor's 2008 Federal Income Tax Return.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations, as required by the written Order Re: Payment Advices in Chapter 13 Cases, dated September 26, 2006.


Dated: September 3, 2009                     DAVID BURCHARD

                                             DAVID BURCHARD, Chapter 13 Trustee

                                    Certificate of Mailing


I, TINA MITCHELL, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the Objection to Confirmation, with a Motion to Dismiss, of the Chapter 13 Plan, by David Burchard, Chapter 13 Trustee and Notice, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

GWENDA ESMERO DE LEON               MARTY K. COURSON
376 IMPERIAL WAY #109               LAW OFFICES OF MARTY K. COURSON
DALY CITY, CA 94015                 582 MARKET ST #412
                                    SAN FRANCISCO, CA 94104-5305


United States Trustee
235 Pine Street, Suite 700
San Francisco, CA   94104




Dated: September 3, 2009                     TINA MITCHELL

                                             TINA MITCHELL
                                             Case Analyst for David Burchard, Trustee